```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 05703
   TIMOTHY W STRAIN
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

      Debtor
   SSN XXX-XX-9966
```

---
TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 03/30/07 and confirmed on 05/25/07.

2. The case was converted to Chapter 7 after confirmation, 10/15/2007.

3. The Debtor paid a total of $ 4500.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO FINANCIAL AC | SECURED VEHIC | 11967.00 | 345.97 | 1129.04 |
| ANDERSON FINANCIAL NETWO | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| LEADING EDGE RECOVERY SO | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE SERVICING COR | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 11967.00 | .00 | .00 | .00 | 11967.00 |
| PRINCIPAL PAID | 1129.04 | .00 | .00 | .00 | 1129.04 |
| INTEREST PAID | 345.97 | .00 | .00 | .00 | 345.97 |
| TOTAL PAID | 1475.01 | .00 | .00 | .00 | 1475.01 |

The Debtor's attorney, ROBERT J SEMRAD & ASSOC          , was allowed $   2500.00 and was paid $   16.00  direct and $   1437.49  through the plan.

The Trustee received $    87.50 .

Refunds to the Debtor totaled $   1500.00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 02/12/08                    /S/

GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 07 B 05703 TIMOTHY W STRAIN